UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 06-30707-PNS3
                                          CHAPTER 13
ROMEO T. TOMAS
MARY W. TOMAS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
<u>OF UNCLAIMED FUNDS</u>**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1. The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2. The Trustee has placed a Stop Payment Order with the bank on the check(s).

3. The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 381549 in the amount of 19.56 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

```
                    /s/Leigh D. Hart or
                    /s/William J. Miller, Jr.
                    _____
                       OFFICE OF THE CHAPTER 13 TRUSTEE
                       POST OFFICE BOX 646
                       TALLAHASSEE, FL 32302
                       ldhecf@earthlink.net
                       (850) 681-2734 "Telephone"
                       (850) 681-3920 "Facsimile"
```

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first

```
ROMEO T. TOMAS              CHEVRON CREDIT BANK, N.A
MARY W. TOMAS               2001 DIAMOND BLVD.
6316 COTTON STREET          P.O. BOX 5010, SECT. 230
PENSACOLA, FL 32526         CONCORD, CA 94524-0010

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501
```

on the same date as reflected on the Court's docket as the electronic filing date for this document.

```
                                   /s/Leigh D. Hart or
                                   /s/William J. Miller, Jr.
                                   _____
11/30/2009  2:46 pm / CR_213         OFFICE OF CHAPTER 13 TRUSTEE
```