**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                              CASE NO. 06-30707-PNS3
                                                    CHAPTER 13
ROMEO T. TOMAS
MARY W. TOMAS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

   **COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and
through her undersigned attorneys, and hereby files this
Notice of Payment of Unclaimed Funds, and in support
thereof hereby states:

   1.  The Trustee has issued check(s) FOR: CHEVRON
CREDIT BANK, N.A. which remains outstanding and uncleared.

   2.  The Trustee has placed a Stop Payment Order with
the bank on the check(s).

   3.  The Trustee is required to remit the funds to the
Clerk of the U.S. Bankruptcy Court.

   **WHEREFORE**, the Chapter 13 Trustee respectfully submits
her check number 383318 in the amount of 19.56 to the
Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.

OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

   **I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first

ROMEO T. TOMAS            CHEVRON CREDIT BANK, N.A
MARY W. TOMAS             2001 DIAMOND BLVD.
6316 COTTON STREET        P.O. BOX 5010, SECT. 230
PENSACOLA,  FL  32526     CONCORD, CA 94524-0010

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the
electronic filing date for this document.

/s/Leigh D. Hart or
/s/William J. Miller, Jr.

12/30/2009 11:43 am / CR_213        OFFICE OF CHAPTER 13 TRUSTEE