**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

IN RE:                                          CASE NO. 06-30707-PNS3
                                                CHAPTER 13
ROMEO T. TOMAS
MARY W. TOMAS

_____Debtor(s)_____/

**CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT**
**OF UNCLAIMED FUNDS**

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE**, the Chapter 13 Trustee respectfully submits her check number 413966 in the amount of 22.77 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

/s/Leigh D. Hart or
/s/William J. Miller, Jr.
OFFICE OF THE CHAPTER 13 TRUSTEE
POST OFFICE BOX 646
TALLAHASSEE, FL 32302
ldhecf@earthlink.net
(850) 681-2734 "Telephone"
(850) 681-3920 "Facsimile"

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and accurate copy of the
foregoing has been furnished by electronic filing or first
class mail to:

ROMEO T. TOMAS                CHEVRON CREDIT BANK, N.A
MARY W. TOMAS                 2001 DIAMOND BLVD.
6316 COTTON STREET            P.O. BOX 5010, SECT. 230
PENSACOLA,  FL  32526         CONCORD, CA 94524-0010

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the
electronic filing date for this document.

                              /s/Leigh D. Hart or
                              /s/William J. Miller, Jr.
5/31/2011  3:03 pm / CR_213     OFFICE OF CHAPTER 13 TRUSTEE