UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

IN RE:                                    CASE NO. 06-30707-PNS3
                                          CHAPTER 13
ROMEO T. TOMAS
MARY W. TOMAS

_____Debtor(s)_____/

### CHAPTER 13 TRUSTEE'S NOTICE OF PAYMENT
### OF UNCLAIMED FUNDS

**COMES NOW**, LEIGH D. HART, Chapter 13 Trustee, by and through her undersigned attorneys, and hereby files this Notice of Payment of Unclaimed Funds, and in support thereof hereby states:

1.  The Trustee has issued check(s) FOR: CHEVRON CREDIT BANK, N.A. which remains outstanding and uncleared.

2.  The Trustee has placed a Stop Payment Order with the bank on the check(s).

3.  The Trustee is required to remit the funds to the Clerk of the U.S. Bankruptcy Court.

**WHEREFORE,** the Chapter 13 Trustee respectfully submits her check number 421083 in the amount of 24.04 to the Registry as unclaimed funds.

**RESPECTFULLY SUBMITTED.**

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
    OFFICE OF THE CHAPTER 13 TRUSTEE
    POST OFFICE BOX 646
    TALLAHASSEE, FL 32302
    ldhecf@earthlink.net
    (850) 681-2734 "Telephone"
    (850) 681-3920 "Facsimile"

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and accurate copy of the foregoing has been furnished by electronic filing or first class mail to:

| | |
|---|---|
| ROMEO T. TOMAS<br>MARY W. TOMAS<br>6316 COTTON STREET<br>PENSACOLA, FL 32526 | CHEVRON CREDIT BANK, N.A<br>2001 DIAMOND BLVD.<br>P.O. BOX 5010, SECT. 230<br>CONCORD, CA 94524-0010 |

AND

LEWIS & JURNOVOY, P.A.
1100 NORTH PALAFOX STREET
PENSACOLA, FL 32501

on the same date as reflected on the Court's docket as the electronic filing date for this document.

    /s/Leigh D. Hart or
    /s/William J. Miller, Jr.
9/29/2011  1:55 pm / CR_213    OFFICE OF CHAPTER 13 TRUSTEE